■ HOMIER DISTRIBUTING COMPANY, INC., Appellant, v CITY OF ALBANY, Respondent. [642 NYS2d 564] —Appeal from an order of the Supreme Court (Ceresia, Jr., J.), entered January 18, 1995 in Albany County, which, *inter alia*, granted summary judgment to defendant dismissing the first and third causes of action of the complaint.

Order affirmed, upon the opinion of Justice George B. Ceresia, Jr.

Cardona, P. J., Mercure, White, Casey and Spain, JJ., concur. Ordered that the order is affirmed, with costs. *[See,* 163 Misc 2d 723.]